IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-01792-WYD-MEH

TRACY BUENO,

    Plaintiff,

v.

STANDLEY & ASSOCIATES, LLC,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation of Dismissal filed October 18, 2010. After a careful review of the Stipulation, it is

ORDERED that the Stipulation of Dismissal is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**.

    Dated: October 18, 2010

                      BY THE COURT:

                      s/ Wiley Y. Daniel
                      Wiley Y. Daniel
                      Chief United States District Judge